UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------x

GRACIELA DONCOUSE,

                Plaintiff,

     -against-

EAST VILLAGE DENTAL ASSOCIATE PLLC.,
AND RAE REALTY HOLDING, LLC,

                Defendants.

------------------------------------x

ORDER

20 Civ. 10148 (GBD)

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: MAR 1 0 2021

GEORGE B. DANIELS, United States District Judge:

The March 11, 2021 initial conference is adjourned to May 27, 2021 at 9:30 a.m.

Dated: March 10, 2021
       New York, New York

SO ORDERED.

*George B. Daniels*
GEORGE B. DANIELS
United States District Judge