UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------- x
GRACIELA DONCOUSE,

                Plaintiff,

            -against-

EAST VILLAGE DENTAL ASSOCIATE PLLC.,
AND RAE REALTY HOLDING, LLC,

                Defendants.
------------------------------------- x



ORDER

20 Civ. 10148 (GBD)

GEORGE B. DANIELS, United States District Judge:

Defendant has yet to appear in the above-captioned case. Plaintiff shall provide a letter advising the Court as to the status of this matter by May 20, 2021.

Dated: May 13, 2021
      New York, New York

                                SO ORDERED.

                                _____
                                GEORGE B. DANIELS
                                United States District Judge