UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------x

GRACIELA DONCOUSE,

        Plaintiff,

  -against-

EAST VILLAGE DENTAL ASSOCIATE PLLC.,
AND RAE REALTY HOLDING, LLC,

        Defendants.

------------------------------------x

ORDER

20 Civ. 10148 (GBD)

GEORGE B. DANIELS, United States District Judge:

The May 27, 2021 initial conference is cancelled. Plaintiff shall move for entry of default judgment within ninety (90) days of this order. Failure to do so will result in this case being closed.

Dated: May 26, 2021
      New York, New York

SO ORDERED.

GEORGE B. DANIELS
United States District Judge