UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------- x

GRACIELA DONCOUSE,

                Plaintiff,

    -against-

EAST VILLAGE DENTAL ASSOCIATE PLLC.,
AND RAE REALTY HOLDING, LLC,

                Defendants.

------------------------------------- x

ORDER

20 Civ. 10148 (GBD)

GEORGE B. DANIELS, United States District Judge:

    Plaintiff's request for an extension of time to answer the first amended complaint, (ECF No. 8), until October 27, 2021 is GRANTED.

Dated: October 14, 2021
       New York, New York

                                                SO ORDERED.

                                                GEORGE B. DANIELS
                                                United States District Judge