UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------ x
GRACIELA DONCOUSE,

                Plaintiff,

     -against-                           ORDER

EAST VILLAGE DENTAL ARTS, INC., and     20 Civ. 10148 (GBD)
RAE REALTY HOLDINGS, LLC.,

                Defendants.
------------------------------------ x
GEORGE B. DANIELS, United States District Judge:

       All claims in the above-captioned action are dismissed and/or mooted by the Amended Stipulation of Dismissal with Prejudice. (*See* ECF No. 45.)

       The Clerk of Court is hereby ORDERED to close the above-captioned action.

Dated: November 28, 2022
       New York, New York

                                      SO ORDERED.

                                      *George B. Daniels*
                                      GEORGE B. DANIELS
                                      United States District Judge